# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### New Haven DIVISION

In re:
RAMOS, IVAN ANTONIO

a/k/a IRIZARRY, IVAN RAMOS

Debtor(s).

Case No. 07-30365 JAM

(CHAPTER 7)

*[FILED stamp: 2016 APR 21 P 12:25, CLERK, U.S. BANKRUPTCY COURT, DISTRICT OF CONNECTICUT, BRIDGEPORT]*

$3014.34 / 55076

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

☐ The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

☑ More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: 4/19/16

*/s/ Roberta Napolitano/*
ROBERTA NAPOLITANO, Trustee
350 FAIRFIELD AVENUE
BRIDGEPORT, CT 06604
(203) 333-1177



# EXHIBIT A

Case Name: RAMOS, IVAN ANTONIO
Case Number: 07-30365

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Staywell Health Center<br>232 N Elm St<br>Waterbury, CT 06702-1516 | 5 | $1,091.00 | | $1,091.00 |
| Wells Fargo Financial Bank<br>1781 Highland Ave Ste 101<br>Cheshire, CT 06410-1254 | 6 | $1,000.00 | | $1,000.00 |
| Staywell Health Center<br>232 N Elm St<br>Waterbury, CT 06702-1516 | 5I | $481.76 | | $481.76 |
| Wells Fargo Financial Bank<br>1781 Highland Ave Ste 101<br>Cheshire, CT 06410-1254 | 6I | $441.58 | | $441.58 |
| United States Bankruptcy Court | | $ | | $3014.34 |

TOTAL AMOUNT REMITTED TO CLERK:    $_____0.00  $3014.34